IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F. PAULA CASTORAN, | |
| Plaintiff, | Civil Action No. 10-295 (JBS-JS) |
| v. | |
| MARK RODDY, ESQ., et al., | ORDER |
| Defendants. | |

The Plaintiff's Complaint was received by the Clerk of Court on January 20, 2010 and assigned to the undersigned for preliminary review.  The Complaint is unaccompanied by a filing fee ($350.00) or by an application to proceed without prepayment of the fee, so this Complaint cannot be filed at this time.

This docket will be closed in thirty (30) days unless Plaintiff either remits the filing fee ($350.00) to the Clerk of Court or submits to the Clerk of Court a completed application to proceed in *forma pauperis*.

IT IS this    **28th**  day of **January, 2010** hereby

ORDERED that the docket herein will be closed unless Plaintiff, no later than February 26, 2010, submits the required filing fee of $350.00 to the Clerk of Court or submits a complete application for leave to proceed in *forma pauperis,* which the Court will then review; and

IT IS FURTHER ORDERED that the Clerk shall furnish Plaintiff with a blank application to proceed without prepayment of fees, together with a copy of this Order.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge